No. 01–6436.  SAYA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6438.  BROOKS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6440.  PRIMM *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 01–6444.  PERCY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6445.  ESPINOZA AGUIRRE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6446.  SHEPPARD *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6451.  THOMAS *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 01–6452.  BARRIENTOS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6453.  ANDERSON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–6454.  ZUNIGA-MEJIA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6456.  WILLIAMS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–6460.  CHANDLER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–6463.  HAYES *v.* POTTER, POSTMASTER GENERAL.  C. A. 4th Cir.  Certiorari denied.

No. 01–6464.  FRANKLIN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–6465.  GRIFFIN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.